IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01927-RPM-MJW

DAVID MANTLO,

     Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware Corporation;
THE ESTATE OF FABIAN MINOR, an individual;
PETER DONOHUE, JR., an individual and d/b/a
DONOHUE COATINGS, a Texas corporation;
MARTIN MCDONALD, an individual and d/b/a
MCDONALD PAVING;
DOES 1 through 5, inclusive;
DOES 6 through 10, inclusive;
DICK CASEY CONCRETE, CO., a Colorado corporation;
RICHARD N. CASEY, an individual;
DONNA CASEY, an individual;
DOES 16 through 20;
COLORADO RIVERS EDGE, LLC.,
a Colorado Limited Liability Company; and
UNITED COMPANIES OF MESA COUNTY, INC.,
a Colorado corporation,

     Defendants.

---

## ORDER

---

     Pursuant to Defendant Colorado Rivers Edge, LLC's Notice of Settlement of All Claims and Motion for Withdrawal of Motion for Summary Judgment, filed on November 4, 2005, it is

     ORDERED that the motion for summary judgment filed on October 6, 2005, by defendant Colorado Rivers Edge, LLC, is stricken from the active docket and it is

     FURTHER ORDERED that counsel shall submit dismissal papers on or before

December 5, 2005.

Dated: November 7th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge