IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01927-RPM- MJW

DAVID MANTLO,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation, et al.

    Defendants.

---

## ORDER

---

The Court having reviewed the Stipulation for Dismissal submitted by the parties in the above-referenced action, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

Dated: 12-6-05.

By: _____
United States District Court Magistrate

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, a true and correct copy of the foregoing Proposed Order Re: Stipulation for Dismissal was served upon the following via ECF:

Steven E. Napper, Esq.
1331 17th St, Ste 406
Denver, CO 80202-1566
Counsel for Union Pacific Railroad Company

David S. Canter
Pearl Canter & Sterrenberg-Rose, L.L.C.
1675 Larimer Street, Suite 850
Denver, CO 80202
Counsel for Peter Donohue, Jr., d/b/a Donohue Coating

John P. Craver
White and Steele, PC
950 Seventeenth Street, 21st Floor
Denver, CO 80202-2804
Counsel for Martin McDonald, dba McDonald Paving

David C. Fawley
Erik R. Neusch
Montgomery, Kolodney, Amatuzio & Dusbabek
475 17th Street, 16 th Floor
Denver, CO 80202
Counsel for Colorado Rivers Edge, L.L.C.

David M. Dodero
Hoskin, Farina, Aldrich & Kampf, P.C.
P.O. Box 40
Grand Junction, CO 81502
Counsel for United Companies of Mesa County


/s/ James K. Vucinovich
James K. Vucinovich